# UNITED STATES DISTRICT COURT
## District of Minnesota

Omar David Gallardo,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Sirce Owen, John Doe, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security and Executive Office of Immigration Review,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1305 DSD/SGE

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the petition for writ of habeas corpus [ECF No. 1] is granted as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226;
2. Petitioner must be immediately released from detention under 8 U.S.C. § 1226(a), as he was arrested without a warrant and is not alleged to have committed any crime; and
3. Upon petitioner's release, respondents shall return to him any employment authorization documentation and any other identification documentation seized on his arrest.

Date: 2/17/2026

KATE M. FOGARTY, CLERK